IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIKOLAS BRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-781-RP |
| | § | |
| THE COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane, (Dkt. 47). In his report and recommendation, Judge Lane recommends that the Court deny Plaintiff Nikolas Britton's ("Britton") Motion for Summary Judgment, (Dkt. 19), and deny Britton's Request for Entry of Default and Sum Certain Default Judgment, (Dkt. 46). (R. & R., Dkt. 47, at 8). Britton timely filed objections to the report and recommendation. (Objs., Dkt. 50).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Britton timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Britton's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 47), is **ADOPTED**. **IT IS THEREFORE ORDERED** that Britton's Motion for Summary Judgment, (Dkt. 19), is **DENIED WITHOUT PREJUDICE** and Britton's Request for Entry of Default and Sum Certain Default Judgment, (Dkt. 46), is **DENIED WITHOUT PREJUDICE**.

**SIGNED** on December 2, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE